Joseph A. Dickson, U.S.M.J. (Ret.)
**CHIESA SHAHINIAN & GIANTOMASI PC**
One Boland Drive
West Orange, NJ 07052
(973) 325-1500
*Appointed Special Master*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRYAN LUSTIG, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　v.<br>DANIEL MARKUS, INC., *et al.*,<br>　　　　　　Defendants. | Case No.: 2:20-cv-00379-WJM-ESK |
| BRYAN LUSTIG,<br><br>　　　　　　Plaintiff,<br>　v.<br>DANIEL RISIS,<br>　　　　　　Defendant. | Case No.: 2:22-cv-00161-WJM-ESK<br><br>**SPECIAL MASTER<br>CASE MANAGEMENT ORDER<br>NO. 3** |

**THIS MATTER** having come before the Special Master for a status conference held on May 5, 2022, wherein the parties discussed the status of discovery and any issues pertaining to same; and for good cause shown,

**IT IS** on this 24th day of May, 2022,

**ORDERED** that:

1. On or before **June 17, 2022**, Defendant Daniel Risis shall file a responsive pleading or otherwise move in Case No. 22-161.

2. All fact discovery in both cases, including all depositions, shall be completed by **August 31, 2022**.

3. A case management conference shall be held, via Zoom, on **June 29, 2022, at 11:00 am.**

    **SO ORDERED.**

/s/ *Joseph A. Dickson*
Hon. Joseph A. Dickson, U.S.M.J. (Ret.)
Special Master

Date: May 24, 2022